FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

FEB 2 4 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Serrano-Garcia, Luis <br><br> Defendant. | Case No.: SACR 02-288 PA <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___background, cmty ties unknown; bail resources unknown; illegal immigr status; assoc w/multiple personal identifiers___

1
2
3        and/or
4  B.    (X) The defendant has not met his/her burden of establishing by clear and
5        convincing evidence that he/she is not likely to pose a danger to the safety of any
6        other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7        finding is based on  criminal history record, incl commission
8        ~~history of committing~~ of new offenses while
9        under supervision; probation/parole viol history
10
11
12
13        IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.
15
16  DATED:  2/24/10
17                                        ROBERT N. BLOCK
                                          UNITED STATES MAGISTRATE JUDGE